UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Multi-State Partnership for Prevention, LLC,

                    Plaintiff(s),                    24 cv 9013 (PKC)

     -against-                                          ORDER

Deloitte Consulting, LLP, et al.,

                    Defendant(s).
_____

CASTEL, U.S.D.J.

        The dueling letters of MSSP and Deloitte (ECF 23 & 28) – nine pages including an exhibit--are a study in how to make simple things complicated.   MSSP seeks leave to file a Second Amended Complaint. Deloitte does not oppose.  That's simple enough. Leave to file a Second Amended Complaint is GRANTED provided it is filed within seven (7) days.  MSSP thinks that the April 7 conference should not go forward, and Deloitte does not object to an adjournment but wants a new date set.  Conference adjourned from April 7 to May 16, 2025 at 10:00 a.m. Call-In: 855-244-8681; Access Code: 2305 810 3970#.  Again, pretty easy.  In fact, this could all have been said in a three-sentence joint letter.

        The parties should try speaking –not emailing--to each other more often.   Thank you to Deloitte for implicitly requesting the Court to review a chain of 13 emails (ECF 28-1) designed to demonstrate—what? – the Court does not know.   But the email chain should be very instructive to the clients on each side of the case as to how their attorneys are spending their time and to the public who may wonder how federal judges spend their time.

        SO ORDERED.

                                                                 P. Kevin Castel
                                                    United States District Judge

Dated:  New York, New York
       March 14, 2025