# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

Robert S. Friedman
212.634.3058 direct
rfriedman@sheppardmullin.com

April 3, 2025

**VIA ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Application GRANTED.
SO ORDERED.
4/4/2025

*[signature]*

P. Kevin Castel
United States District Judge

Re:    *Multi-State Partnership for Prevention, LLC v. Deloitte Consulting LLP, et al.*,
       Case No. 1:24-cv-09013-PKC (S.D.N.Y.)

Dear Judge Castel:

We represent Defendant Deloitte Consulting LLP ("Deloitte") in connection with the above-referenced action, and write jointly with counsel for Plaintiff Multi-State Partnership for Prevention, LLC ("Plaintiff" or "MSPP") to request that the Court approve the below schedule for the parties' respective pre-motion letters in connection with Deloitte's proposed motion to dismiss MSPP's Second Amended Complaint (ECF Doc. No. 30, the "SAC"). Pursuant to Section 1.A.iii of Your Honor's Individual Practices, the date of the next conference before the Court in this matter is the initial pretrial conference on May 16, 2025.

Deloitte intends to file its pre-motion letter for its proposed motion under Fed. R. Civ. P. 12(b)(6) on or before **April 11, 2025**, the deadline under Fed. R. Civ. P. 15(a)(3). The parties further agree that MSPP shall respond to Deloitte's pre-motion letter by **May 1, 2025**.

Should it be convenient for the Court, the parties are amenable to addressing these letters at the initial pretrial conference scheduled for May 16, 2025.

**SheppardMullin**

Hon. P. Kevin Castel
April 3, 2025
Page 2

Respectfully,

 /s/ Robert S. Friedman
Robert S. Friedman
SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112-0015
(212) 634-3058
rfriedman@sheppardmullin.com

*Counsel for Defendant*
*Deloitte Consulting LLP*

/s/ Howard A. Newman[1]
Howard A. Newman
*Admitted Pro Hac Vice*

1717 K Street, NW; Suite 900
Washington, DC 20006
(202) 544-8040
howard@newmanlawoffices.com

*Counsel for Plaintiff*
*Multi-State Partnership for Prevention, LLC*

cc:  All Counsel of Record

---

[1] Signature applied and submitted with the express written consent of Mr. Newman, counsel for Plaintiff.