UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MULT-STATE PARTNERSHIP FOR
PREVENTION, LLC,

                Plaintiff,                      24-cv-9013 (PKC)

    -against-                                      ORDER

DELOITTE CONSULTING, LLP, et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Plaintiff is granted leave to amend, provided the amended pleading is filed by May 19, 2025. Defendant may submit a renewed pre-motion letter by May 23 and plaintiff may respond by May 29. Discovery is stayed pending further Order. The May 16 conference is VACATED and will be rescheduled after the determination of the anticipated motion to dismiss. There is no need to submit a case management plan until five days prior to the date of a rescheduled conference.

        SO ORDERED.

                                                  P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
         May 5, 2025