

**FLETCHER LAW, PLLC**
234 Fifth Avenue, 2nd Floor • New York, NY 10001
T: (212) 320-8945 • F: (347) 983-0046
www.fletcherlaw.co

*Jordan Fletcher, Principal*

July 28, 2025

VIA ECF

Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
CastelNYSDChambers@nysd.uscourts.gov

*Letter Motion at ECF 53 to seal portions of the MSPP's response to the motion to dismiss is provisionally granted.*
*SO ORDERED.*
*Dated: 9/25/2025*

P. Kevin Castel
United States District Judge

> Re:    *Multi-State Partnership for Prevention, LLC v. Deloitte Consulting, LLP, et al.,*
> *24 Civ. 9013 (S.D.N.Y.) (PKC)*
> Letter Motion to File Redacted and Sealed Opposition to Motion to Dismiss

Dear Judge Castel,

My law firm is recently-substituted counsel for plaintiff Multi-State Partnership for Prevention, LLC ("MSPP") in the referenced action. I respectfully submit this letter-motion pursuant to the Court's Individual Rule of Practice 5(B) for leave to file MSPP's opposition to defendant Deloitte Consulting, LLP's ("Deloitte") Motion to Dismiss the Third Amended Complaint ("Deloitte Motion") in both redacted and sealed/unredacted form. There are no conferences currently scheduled with the Court.

For background, on June 9, 2025, the Court granted MSPP's request to file portions of its Third Amended Complaint ("TAC") in redacted and sealed/unredacted form. ECF 45. In its opposition to the Deloitte Motion ("MSPP Opposition"), which is being filed contemporaneously with this letter, MSPP references and quotes verbatim portions of the TAC that the Court approved to be sealed. Consequently, MSPP requests permission to redact and also file sealed/unredacted those portions of the MSPP Opposition that repeat information already approved to be sealed in the TAC.

I have conferred with counsel for Deloitte, who indicated that Deloitte consents to this request to seal, notwithstanding its disagreement as to the confidential or trade secret nature of any information contained in the TAC or the sealed materials.

Respectfully submitted,

Jordan Fletcher