UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

MULTI-STATE PARTNERSHIP FOR PREVENTION, LLC,

Plaintiff,

24-cv-9013 PKC)

-against-

ORDER

DELOITTE CONSULTING, LLP, et al.,

Defendants.

---------------------------------------------------------x

CASTEL, Senior District Judge:

The Court will not twist arms to compel anyone to proceed to mediation nor will it negotiate the terms of a mediation. If both sides are not willing, then they need not proceed with a mediation.

If a party is willing, a simple "yes" suffices, subject to the parties successfully working out when, where and with whom. The Court highly recommends direct voice-to-voice telephone communication as a means to work out these details. Once a skilled mediator is in place, he or she can address the need of one side or another for certain documents to make the mediation productive.

Deliotte writes to the Court to inform it that the objective of a mediation in this case "would be to afford the parties an opportunity to reach a resolution before the substantial completion of document production and the commencement of depositions thereby potentially avoiding the significant additional costs that both sides would incur as the case progress throught those phases." The Court thanks Deloitte's counsel for this enlightening explanation.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
October 2, 2026